1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ANTONIO VASQUEZ,                    )        No. C 09-03120 EJD (PR)
                                         )
12              Plaintiff,               )        ORDER DENYING MOTION FOR
                                         )        EXTENSION OF TIME TO FILE
13        vs.                            )        OPPOSITION
                                         )
14   FRANCISCO JACQUEZ, et al.,          )
                                         )
15              Defendants.              )
                                         )
16                                       )
   _____       )        (Docket No. 41)
17

18        Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights

19   action pursuant to 42 U.S.C. § 1983.  On March 18, 2011, Defendants filed a motion

20   for summary judgment.  (Docket No. 36.)  According to the Court's Order of

21   Service, Plaintiff's opposition was to be filed with the Court no later than forty-five

22   days from the date Defendants' motion was filed, i.e., no later than May 2, 2011.

23   (See Docket No. 11 at 4.)

24        On June 24, 2011, well after the deadline for filing the opposition had passed,

25   Plaintiff filed a motion for extension of time to file opposition, which was signed on

26   June 19, 2011.  (Docket No. 41.)  Plaintiff states in the motion that he has been

27   unsuccessfully seeking an "Olsen Review" to review his gang validation records.

28        Plaintiff was advised in the Court's Order of Service that "Extensions of time

Order Denying Motion for Ext. Of Time
P:\PRO-SE\SJ.EJD\CR.09\Vasquez03120_eot-deny.wpd

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

must be filed no later than the deadline sought to be extended and must be accompanied by a showing of good cause." (Docket No. 11 at 5.)  Here, not only is Plaintiff's motion untimely, but he has failed to show good cause for his failure to file a timely motion for extension of time.  Accordingly, Plaintiff's motion for an extension of time is DENIED.  Defendants' motion for summary judgment was deemed submitted as of May 2, 2011, when Plaintiff's opposition was due.

This order terminates Docket No. 41.

DATED: _July 6, 2011_____

EDWARD J. DAVILA
United States District Judge

Order Denying Motion for Ext. Of Time
P:\PRO-SE\SJ.EJD\CR.09\Vasquez03120_eot-deny.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ANTONIO VASQUEZ,

               Plaintiff,

  v.

FRANCISCO JACQUEZ, et al.,

               Defendants.

_____/

Case Number: CV09-03120 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/6/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Antonio Vasquez K-60575
Pelican Bay State Prison
P. O. Box 7500
Crescent city, Ca 95531


Dated: _____7/6/2011_____

                                Richard W. Wieking, Clerk
                    /s/  By: Elizabeth Garcia, Deputy Clerk